UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PATRICIA KENNEDY, Individually,

    Plaintiff,                                CASE NO. 19-cv-62804-COOKE/HUNT

v.

POONAM POOJA INVESTMENT, LLC
d/b/a Quality Inn,

    Defendant.
_____/

## STIPULATION OF DISMISSAL

Plaintiff and Defendant, by and through undersigned counsel, pursuant to Fed. R. Civ. Procedure 41(a)(1)(A) stipulate to the dismissal of this case.

                                                  Respectfully submitted,

                                                  Attorneys for Plaintiff:

                                                  /s/ Theresa B. Edwards
                                                  Theresa B. Edwards
                                                  Fla. Bar No. 252794
                                                  American Justice, P.A.
                                                  412 NE 4th Street
                                                  Fort Lauderdale, FL 33301
                                                  Theresa@americanjusticepa.com

                                                  Thomas B. Bacon
                                                  Fla. Bar No. 139262
                                                  Thomas B. Bacon, P.A.
                                                  644 N. McDonald Street
                                                  Mt. Dora, FL 32757
                                                  ph. (954) 478-7811
                                                  tbb@thomasbaconlaw.com

        Attorney for Defendant,
        Poonam Pooja Investment, LLC d/b/a
        Quality Inn

        Hultman Sensenig + Joshi
        2055 Wood Street, Suite 208
        Sarasota, FL 34237
        941-953-2828

By: <u>Nikhil N. Joshi, Esq.</u>
     njoshi@hsjlawfirm.com
     Fla. Bar No. 123803

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing was served via the Court's CM/ECF system upon all parties of record this 7th day of January, 2020 and by emailto:njoshi@hsjlawfirm.com.

        /s/ Theresa B. Edwards